# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 1965 Disciplinary Docket No. 3 |
| Petitioner | : | |
| | : | No. 103 DB 2013 |
| v. | : | |
| | : | Attorney Registration No. 39650 |
| JAMES ALLEN STEINER, | : | |
| Respondent | : | (Allegheny County) |

## O R D E R

**PER CURIAM**

**AND NOW**, this 7th day of August, 2015, upon consideration of the Report and Recommendations of the Disciplinary Board dated June 18, 2015; it is hereby

ORDERED that James Allen Steiner is suspended from the Bar of this Commonwealth for a period of one year retroactive to December 16, 2013, and he shall comply with all the provisions of Pa.R.D.E. 217.

It is further ORDERED that Respondent shall pay costs to the Disciplinary Board pursuant to Pa.R.D.E. 208(g).